**Order filed December 6, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00721-CV

———————

### SHARON MANIORD, Appellant

### V.

### JACOBS FIELD SERVICES NORTH AMERICA, INC., Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-46314**

# O R D E R

This court issued a Memorandum Opinion dismissing the appeal from the trial court's judgment on November 13, 2012, and our judgment of dismissal was rendered the same day. Appellant's motion for rehearing or reconsideration was due within 15 days after this court's judgment was rendered. *See* Tex. App. P. 49.1. Therefore, appellant's motion for reconsideration was due on November 28, 2012. Appellant's motion for rehearing was e-filed on December 5, 2012, however.

If a motion for rehearing is filed within 15 days of its due date, a party may filed a motion for extension of time. *See* Tex. R. App. P. 49.8. Appellant's motion was filed within 15 days of its due date, but no motion for extension of time was filed.

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the motion for rehearing, in accordance with Rules 10.5(b) and 49.8, within **10 days** of the date of this order. If appellant does not comply with this order, the court will strike the motion for rehearing as untimely. *See* Tex. R. App. P. 49.1.

PER CURIAM